■ PARKCHESTER SOUTH CONDOMINIUM, INC., on Behalf of the Unit Owners of PARKCHESTER SOUTH CONDOMINIUM, Respondent, v ZELDA G. PICKETT et al., Appellants. [619 NYS2d 543] —Appeal from order, Supreme Court, Bronx County (Douglas E. McKeon, J.), entered September 29, 1993, which denied defendants' motion for an *ex parte* order to show cause and temporary restraining order, unanimously dismissed, without costs.

The lower court's refusal to issue an *ex parte* stay is not appealable. *(Pastore v Boone,* 127 AD2d 872.) Although we need not reach the issue, we note that the Judge did not abuse his discretion in refusing to sign the *ex parte* order to show cause, since, among other things, most of the issues raised therein were already decided by this Court. *(Parkchester S. Condominium v Pickett,* 189 AD2d 688 [1993].) Concur—Sullivan, J. P., Wallach, Ross, Rubin and Williams, JJ.